# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

**In re Heller Ehrman LLP, Debtor**  Bankruptcy Case No. 08-32514
  Chapter 11

HELLER EHRMAN LLP[1/]  **Debtor in Possession**
vs.
_____, a _____;
and DOES 1 to 10, inclusive,  **Defendant(s)**  Adversary Proceeding No.

## SUMMONS AND NOTICE OF STATUS CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk |
|---|
| United States Bankruptcy Court<br>Northern District of California<br>235 Pine Street<br>San Francisco, CA  94101-2701 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Joel D. Adler, Esq.<br>Adler Law Firm<br>101 Montgomery Street, Suite 2050<br>San Francisco, CA  94104     Phone:  (415) 433-5333 |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a status conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address: | Room |
|---|---|
|  | Date and Time |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. PLAINTIFF SHALL PROMPTLY SERVE A COPY OF THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET ON ALL PARTIES. A COPY OF THE INFORMATION SHEET IS AVAILABLE ON THE COURT'S WEB SITE AT WWW.CANB.USCOURTS.GOV, AND AT THE CLERK'S OFFICE.**

  Gloria L. Franklin
  *Clerk of the Bankruptcy Court*

_____  By: _____
  *Date*   *Deputy Clerk*

---

[1] Federal Tax I.D. No. XX-XXX-7308; 333 Bush Street, San Francisco, CA  94104

# CERTIFICATE OF SERVICE

I, Bettye Gadison, certify that I am, and at all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service process was made. I further certify that the service of this summons, a copy of the complaint, and a copy of the Order Re: Initial Disclosures and Discovery Conference was on November 17, 2009 by:
    *(date)*

G Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: *[Certified, Return Receipt Requested]*:

Brent Bill, Registered Agent
4179 Arizona Street
San Diego, CA  92104

G Personal Service: by leaving the process with defendant or with an officer or agent of defendant at:


G Residence Service: By leaving the process with the following adult at:


G Publication: The defendant was served as follows: [Describe briefly]


G State Law: The defendant was served pursuant to the laws of the State of _____,
   as follows: [Describe briefly]
                                                                                                    *(name of state)*

Under penalty of perjury, I declare that the foregoing is true and correct.

November 17, 2009                                  _____
      *Date*                                                                                       *Signature*

| Print Name | | |
|---|---|---|
| Bettye Gadison | | |
| Business Address | | |
| Adler Law Firm, 101 Montgomery Street, Suite 2050 | | |
| City | State | Zip |
| San Francisco | CA | 94104 |