Signed and Filed: February 01, 2010

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

ADLER LAW FIRM
Joel D. Adler (SBN 52979)
Michael C. Starkey (SBN 253720)
101 Montgomery Street, Suite 2050
San Francisco, CA 94104
Telephone: (415) 433-5333
Facsimile: (415) 433-5334
Email: adlerlaw@adlerlaw.net

Special Collection Counsel for Heller Ehrman LLP, Debtor In Possession

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br>HELLER EHRMAN LLP,<br>    Debtor. | Chapter: 11<br>Case No.: 08-32514 |
| HELLER EHRMAN LLP,[1/]<br>    Debtor In Possession,<br>    vs.<br>LITEL INSTRUMENTS, a California Corporation; and DOES 1 to 10, inclusive,<br>    Defendant. | Adversary Proceeding No: 09-3191<br><br>**JUDGMENT** |

Pursuant to stipulation of the parties, IT IS ORDERED that debtor in possession Heller Ehrman LLP have judgment against defendant Litel Instruments, a California Corporation, pursuant to the terms of their Stipulation on file herein, in the total amount of $204,029.12 as of January 18, 2010. Interest will accrue on the judgment as provided by law.

*** END OF ORDER ***

---

[1/] Federal Tax I.D. No. XX-XXX-7308; 333 Bush Street, San Francisco, CA 94104

ADLER LAW FIRM
101 MONTGOMERY STREET, SUITE 2050
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 433-5333   FACSIMILE: (415) 433-5334

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Firm File No. 8376

- 2 -

[PROPOSED] JUDGMENT